UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUSSELL RIGGS AND RAMADA THOMPSON | CIVIL ACTION NO. 1:17-CV-01008 |
| VERSUS | JUDGE DRELL |
| CHAMPION TRUCK LINES, LLC, *ET AL* | MAGISTRATE JUDGE PEREZ-MONTES |

## JURISDICTIONAL REVIEW FINDINGS

Before the Court is a Complaint removed from a Louisiana state court by Defendant Hallmark Specialty Insurance Company ("Hallmark") premising federal jurisdiction upon diversity of citizenship. (Doc. 1). In response to this Court's *Sua Sponte* Jurisdictional Briefing Order (Doc. 8), Hallmark filed a Memorandum Regarding Diversity Jurisdiction. (Doc. 10). Plaintiffs Russel Riggs and Ramada Thompson ("Plaintiffs") filed a reply asserting the suit should be remanded to state court. (Doc. 11). Thereafter, Plaintiffs filed a Motion to Remand. (Doc. 12). Plaintiffs Motion to Remand will be addressed in a separate order.

"[S]ubject-matter jurisdiction, because it involves a court's power to hear a case, can never be forfeited or waived." Arbaugh v. Y&H Corp., 546 U.S. 500, 514 (2006) (citing Ruhrgas AG v. Marathon Oil Co., 526 U.S. 574, 583 (1999)). The Court has "an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Id.

Plaintiffs are domiciled in Louisiana. (Doc. 1-3). Plaintiffs are citizens of Louisiana. (Doc. 10-1).

Defendant Clifford Phelps ("Phelps") is domiciled in Oklahoma (Doc. 1-3). Phelps is a citizen of Oklahoma (Doc. 1-2).

Hallmark is incorporated in Oklahoma with its principal place of business in Texas. (Doc. 10-1). Hallmark is a citizen of both Oklahoma and Texas. (Doc. 10-1).

Defendant Champion Truck Lines, LLC ("Champion") is a limited liability corporation, with its single member/manager being Brandon Foster ("Foster"). (Doc. 10-1). Brandon Foster is domiciled in Oklahoma. (Doc. 10-1). Champion is a citizen of Oklahoma. (Doc. 10-1).

Accordingly, diversity jurisdiction is established. No further action is necessary at this time. This finding is preliminary in nature, and may be reconsidered *sua sponte* or upon appropriate motion.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this  7th  day of November, 2017.

Joseph H.L. Perez-Montes
United States Magistrate Judge