U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 05 2018

TONY R. MOORE CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUSSELL RIGGS, *et al.* | CIVIL ACTION 1:17-CV-01008 |
| VERSUS | JUDGE DRELL |
| CHAMPION TRUCK LINES, L.L.C., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Remand (Doc. 12) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 5 day of April, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT