U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 9 2018

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

RUSSELL RIGGS
and RAMADA THOMPSON

DOCKET NO.: 1:17-cv-01008

VERSUS

CHAMPION TRUCK LINES, LLC, ET AL

JUDGE DEE D. DRELL
MAG. JUDGE PEREZ-MONTES

## RULING

Before the court is defendant Hallmark Specialty Insurance Company's (Hallmark) motion for summary judgment in which it seeks dismissal of all claims asserted against it pursuant to Federal Rule of Civil Procedure 54(b). The motion is unopposed.

Hallmark issued Commercial Auto Liability Policy Number A3540073 to Champion Truck Lines, LLC for the policy period May 19, 2015 through May 19, 2016. The accident at the center of the above captioned matter occurred on July 1, 2016. No Hallmark policy, covering either Champion Truck Lines, LLC or the vehicles involved in the accident, was in effect on July 1, 2016. Accordingly, there is no coverage under Hallmark's policy number A3540073 for damages and/or injuries incurred as a result of the July 1, 2016 accident.

For these reasons, the court will issue a judgment granting Hallmark Specialty Insurance Company's motion for summary judgment (Doc. 31) and dismissing all claims against it with prejudice, at the cost of the plaintiff. Additionally, the court, finding no just reasons for delay, will render renders the judgment as a final and appealable judgment pursuant to FRCP Rule 54(b).

**Alexandria, Louisiana**
**April ___, 2018**

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**